Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11870−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julio G Inga
   923 Grove Street
   Elizabeth, NJ 07202

Social Security No.:
   xxx−xx−7230

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/8/19 at 10:00 AM

to consider and act upon the following:

**9** − Motion for Relief from Stay re: 2016 Toyota Rav4, VIN: JTMJFREVXGJ058553. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Toyota Motor Credit Corporation. Hearing scheduled for 4/2/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Retail Installment Contract # 5 Certificate of Service) (Carlon, Denise)

Dated: 3/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court