UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              Case No.:  19-11870 RG

JULIO G. INGA, Debtor(s).                           Chapter 7

                                                    Judge:  Rosemary Gambardella

### NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on *April 23, 2019 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3E. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property:  Land, Cuena, Peru

Value of property:  $2,868 (per CMA 11/21/2018)

Less about 10% costs of sale:  $286

Liens on property:  $0

Amount of equity claimed as exempt:  $2,868

Objections must be served on, and requests for additional information directed to:

Name:       Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:  973.267.0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11870-RG
Julio G Inga                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Mar 21, 2019
                              Form ID: pdf905          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db           +Julio G Inga,   923 Grove Street,   Elizabeth, NJ 07202-3320
517997560     Citi,   PO Box 6077,   Sioux Falls, SD 57117-6077
517997562    +Nissan Motor Aceptance Corporation,   PO Box 740596,   Cincinnati, OH 45274-0596
517997568    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Financial Services,   P.O. Box 5855,
                Carol Stream, IL 60197)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:16     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517997557     E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2019 23:45:27     Ally,   PO Box 380902,
               Bloomington, MN 55438-0902
517997559     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 23:48:13     Capital One Bank,
               P.O. Box 6492,   Carol Stream, IL 60197-6492
517997561    +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2019 23:48:18     Credit One Bank NA,
               PO Box 98875,   Las Vegas, NV 89193-8875
517997565    +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:35     SYNCB/AMER EAGLE DC,
               PO BOX 965005,   Orlando, FL 32896-5005
517997566    +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:05     Synchrony Bank,   P.O. Box 960061,
               Orlando, FL 32896-0061
517997567     E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 21 2019 23:48:28     TMobil,
               P.O. Box 37380,   Albuquerque, NM 87176
517997570     E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:05     Walmart Master Card,
               PO Box 960024,   Orlando, FL 32896-0024
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517997558*    Ally,   PO Box 380902,   Bloomington, MN 55438-0902
517997563*   +Nissan Motor Aceptance Corporation,   PO Box 740596,   Cincinnati, OH 45274-0596
517997564*   +Nissan Motor Aceptance Corporation,   PO Box 740596,   Cincinnati, OH 45274-0596
517997569*   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Financial Services,   P.O. Box 5855,
                Carol Stream, IL 60197)
                                                                                TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Diene Hernandez-Rodriguez   on behalf of Debtor Julio G Inga crjesquire@hotmail.com,
               abogado246@hotmail.com;dr77394@notify.bestcase.com
              Kevin Gordon McDonald   on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Steven P. Kartzman   on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Mar 21, 2019
                              Form ID: pdf905          Total Noticed: 13

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```