Form ntctmisstatev27.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−11870−RG
        Chapter: 7
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julio G Inga
   923 Grove Street
   Elizabeth, NJ 07202

Social Security No.:
   xxx−xx−7230

Employer's Tax I.D. No.:

## NOTICE OF MATERIAL MISSTATEMENT OF DEBTOR'S
## INCOME, EXPENSES OR ASSETS

      In accordance with 28 U.S.C. Section 586(f)(1), the United States Trustee contracted for an audit to be performed of the above−captioned debtor's petition, schedules and other information filed and/or provided by the debtor in this case.

      NOTICE IS HEREBY GIVEN that the audit revealed one or more material misstatements concerning the debtor's income, expenses and/or assets. The Report is not a legal determination, and the legal effect of the auditors finding of material misstatement is a question for the Court. The audit report has been filed with the Court and is available for review by parties in interest.

Dated: April 4, 2019
JAN:

                                    Jeanne Naughton
                                    Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 19-11870-RG
Julio G Inga                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2       Date Rcvd: Apr 04, 2019
                              Form ID: misstate        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db           +Julio G Inga,   923 Grove Street,   Elizabeth, NJ 07202-3320
517997560     Citi,   PO Box 6077,   Sioux Falls, SD 57117-6077
517997562    +Nissan Motor Aceptance Corporation,   PO Box 740596,   Cincinnati, OH 45274-0596
517997568   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:   Toyota Financial Services,   P.O. Box 5855,
               Carol Stream, IL 60197)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 00:16:20     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517997557     E-mail/Text: ally@ebn.phinsolutions.com Apr 05 2019 00:15:11     Ally,   PO Box 380902,
               Bloomington, MN 55438-0902
517997559     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 05 2019 00:22:52     Capital One Bank,
               P.O. Box 6492,   Carol Stream, IL 60197-6492
517997561    +E-mail/PDF: creditonebknotifications@resurgent.com Apr 05 2019 00:22:56     Credit One Bank NA,
               PO Box 98875,   Las Vegas, NV 89193-8875
517997565    +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 00:22:03     SYNCB/AMER EAGLE DC,
               PO BOX 965005,   Orlando, FL 32896-5005
517997566    +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 00:22:03     Synchrony Bank,   P.O. Box 960061,
               Orlando, FL 32896-0061
517997567     E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 05 2019 00:22:37     TMobil,
               P.O. Box 37380,   Albuquerque, NM 87176
517997570     E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 00:22:39     Walmart Master Card,
               PO Box 960024,   Orlando, FL 32896-0024
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517997558*     Ally,   PO Box 380902,   Bloomington, MN 55438-0902
517997564*    +Nissan Motor Aceptance Corporation,   PO Box 740596,   Cincinnati, OH 45274-0596
517997563*    +Nissan Motor Aceptance Corporation,   PO Box 740596,   Cincinnati, OH 45274-0596
517997569*   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:   Toyota Financial Services,   P.O. Box 5855,
                Carol Stream, IL 60197)
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Diene  Hernandez-Rodriguez    on behalf of Debtor Julio G Inga crjesquire@hotmail.com,
               abogado246@hotmail.com;dr77394@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Apr 04, 2019
                               Form ID: misstate        Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                  TOTAL: 6