Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−11870−RG
          Chapter: 7
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julio G Inga
   923 Grove Street
   Elizabeth, NJ 07202

Social Security No.:
   xxx−xx−7230

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on April 10, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 9
Order Granting Motion For Relief From Stay re: 2016 Toyota Rav4 (Related Doc # 9). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/9/2019. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 10, 2019
JAN: car

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-11870-RG
Julio G Inga                                                        Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Apr 10, 2019
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
db             +Julio G Inga,    923 Grove Street,    Elizabeth, NJ 07202-3320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Diene  Hernandez-Rodriguez     on behalf of Debtor Julio G Inga crjesquire@hotmail.com,
       abogado246@hotmail.com;dr77394@notify.bestcase.com
      Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Steven P. Kartzman     on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
       jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
      Steven P. Kartzman     kartztee@optonline.net,
       jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 6